**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:24-cr-0114 CWR-LGI**

**JIMMY HODGES**

**ORDER OF DISMISSAL OF REMAINING COUNTS**
**AS TO DEFENDANT JIMMY HODGES**

Defendant JIMMY HODGES pled guilty to Count 3 of the Indictment, and the Court sentenced him on October 2, 2026.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Indictment as to defendant JIMMY HODGES without prejudice.

Respectfully submitted,
J. E. BAXTER KRUGER
United States Attorney

By: *_/s/David H. Fulcher____________*
DAVID H. FULCHER
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 2 of the Indictment as to defendant JIMMY HODGES.

SO ORDERED this 2nd day of October 2026.

s/ *Carlton W. Reeves*
HONORABLE CARLTON W. REEVES
United States District Judge